JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY LOPEZ, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:20-cv-01090-AB-FFM <br><br> (Removed from Los Angeles County Superior Court Case No. 19STCV46962) <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiff ANTHONY LOPEZ and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

THEREFORE, **IT IS ORDERED** that the entire action is dismissed with prejudice.

Dated: June 15, 2020     By: _____
HON. ANDRE BIROTTE, JR.
UNITED STATES DISTRICT
COURT JUDGE